UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



U.S. DIST. COURT EAST DIST WISC
FILED
JUN 07 2011
AT_____ O'CLOCK_____M
JON W. SANFILIPPO, CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NIKKO T. KROHN,

        Defendant.

Case No. 11-CR 121

[18 U.S.C. § 871(a)]
**Green Bay Division**

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about February 18, 2011, in the State and Eastern District of Wisconsin and elsewhere,

**NIKKO T. KROHN**

knowingly and willfully deposited for conveyance in the mail and for delivery from any post office, a letter containing a true threat to take the life of Mr. Barack H. Obama, the President of the United States.

All in violation of Title 18, United States Code, Section 871(a).

**A TRUE BILL:**

_____
FOREPERSON
Dated: 6/7/2011

*James L. Santelle*
JAMES L. SANTELLE
United States Attorney